COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| ANNA ZORTMAN, | | No. 08-10-00291-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 6 |
| | § | |
| WALGREENS CO., | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC # 2007-5240) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is the parties' joint motion to dismiss. The motion is granted, and this appeal is dismissed. *See* TEX.R.APP.P. 43.2(f). As requested in the motion, costs on appeal are taxed against the incurring party. *See* TEX.R.APP.P. 42.1(d).

February 23, 2011

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.